RACHEL E. KAUFMAN (Cal. Bar No. 259353)
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881
rachel@kaufmanpa.com
*Attorney for Plaintiff and Putative Class*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

LEON WEINGRAD, individually and on behalf of all others similarly situated,

     Plaintiff,

v.

FUNDCUBE INC.
D/B/A FUNDQUBE and CARLOS HERRERA

     Defendants.

Case No. 2:24-cv-05981-MEMF-MAR

**NOTICE OF FILING AFFIDAVIT OF SERVICE EXECUTED**

    Plaintiff provides notice of filing the attached proof of service on Defendant.

Dated: September 11, 2024

Respectfully submitted,

By: */s/ Rachel E. Kaufman*
Rachel E. Kaufman (Cal Bar No. 259353)
rachel@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881
*Attorney for Plaintiff and the Proposed Class*