AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-05981-MEMF-MAR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     Fundcube Inc.  dba Fundqube

was received by me on *(date)*     8/15/2024     .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*     Sandra Menjivar     , who is

designated by law to accept service of process on behalf of *(name of organization)*     Legalzoom.com Inc.

500 N Brand Blvd Suite 1850 Glendale, CA 91203     on *(date)*     9/3/2024, 2:00 p.m.     ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $     80.00     .


I declare under penalty of perjury that this information is true.


Date:     9/4/2024

Server's signature

*Tamar Ravid*

Tamar Ravid # 5967
Process Server

Printed name and title

By the Book Attorney Service
3637 Glendon Ave. Suite 203
Los Angeles, CA 90034

Server's address


Additional information regarding attempted service, etc: